■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED A. MABERY, Appellant. [656 NYS2d 941] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 19, 1976 (*People v Mabery,* 51 AD2d 557), modifying a judgment of the Supreme Court, Queens County, rendered June 21, 1974.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, Thompson and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER McCARTHY, Appellant. [656 NYS2d 941] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered January 3, 1995, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the expert chemist's testimony sufficiently established the presence of cocaine in the substance bought by the undercover officer (*see, People v McTootle,* 197 AD2d 597; *People v Garcia,* 190 AD2d 749).

The defendant's sentence is not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. O'Brien, J. P., Ritter, Krausman and Goldstein, JJ., concur.